# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0647

VERSUS

CEDRIC EMERSON                                    **OCTOBER 18, 2024**

---

In Re:    Cedric Emerson, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          38,852.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.**  The records of the Ascension Parish
Clerk of Court's Office reflect that on September 10, 2024, a
hearing was held on relator's "Motion to Request Documents in
Anticipation of Filing an Application for Post-Conviction Relief,"
and the district court took the matter under advisement. Thus, the
court is proceeding toward disposition of relator's motion.

                              **JMG**
                              **AHP**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT